```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 25634
    RICHARD L JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5182


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/28/2005 and was confirmed 08/10/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  80.14% from remaining funds.

    The case was dismissed after confirmation 10/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
HARRIS NA                SECURED         13027.54       1976.81       13027.54
ACTION CARD              UNSECURED       NOT FILED          .00            .00
ALLSTATE ADJ             UNSECURED       NOT FILED          .00            .00
AMERICAN RECOVERY SYSTEM UNSECURED       NOT FILED          .00            .00
PROVIDIAN NATIONAL BANK  NOTICE ONLY     NOT FILED          .00            .00
OLIPHANT FINANCIAL CORP  UNSECURED OTH     822.97          .00         237.27
SWEDISH COVENANT HOSPITA NOTICE ONLY     NOT FILED          .00            .00
CHARTER ONE BANK         UNSECURED       NOT FILED          .00            .00
FIFTH THIRD MORTGAGE CO  UNSECURED       NOT FILED          .00            .00
FINGERHUT                UNSECURED       NOT FILED          .00            .00
GREGORY EMERGENCY PHYSIC UNSECURED       NOT FILED          .00            .00
HOUSEHOLD BANK           UNSECURED       NOT FILED          .00            .00
GS SERVICES LTD          NOTICE ONLY     NOT FILED          .00            .00
OSI COLLECT              NOTICE ONLY     NOT FILED          .00            .00
ST FRANCIS HOSPITAL      FILED LATE        710.50          .00            .00
RPM                      NOTICE ONLY     NOT FILED          .00            .00
RADIOLOGY CONSULTANTS    UNSECURED       NOT FILED          .00            .00
RISK MANAGEMENT ALTERNAT UNSECURED       NOT FILED          .00            .00
RUSH OAK PARK HOSPITAL   UNSECURED       NOT FILED          .00            .00
SEARS MASTER CARD        UNSECURED       NOT FILED          .00            .00
TARGET RETAILERS NATIONA UNSECURED       NOT FILED          .00            .00
UNIVERSITY OF CHICAGO HO UNSECURED       NOT FILED          .00            .00
UNIVERSITY OF CHIC PHYSI UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL AUTO CREDI UNSECURED         291.71          .00          84.09
ECAST SETTLEMENT CORP    UNSECURED        1322.81          .00         381.36
PORTFOLIO RECOVERY ASSOC UNSECURED         787.07          .00         226.91
RESURGENT ACQUISITION LL UNSECURED         761.77          .00         219.61
TIMOTHY K LIOU           DEBTOR ATTY     2,154.20                    2,154.20
TOM VAUGHN               TRUSTEE                                     1,117.21
DEBTOR REFUND            REFUND                                           .00

        Summary of Receipts and Disbursements:

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 25634 RICHARD L JOHNSON
```

```
-------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      19,425.00

PRIORITY                                                  .00
SECURED                                             13,027.54
    INTEREST                                         1,976.81
UNSECURED                                            1,149.24
ADMINISTRATIVE                                       2,154.20
TRUSTEE COMPENSATION                                 1,117.21
DEBTOR REFUND                                             .00
                             ---------------     ---------------
TOTALS                       19,425.00              19,425.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 01/26/09             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 05 B 25634 RICHARD L JOHNSON